

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00736-CV

**THE CITY OF LAREDO**,
Appellant

v.

**NORTHTOWN DEVELOPMENT, INC. AND GATEWAY CENTENNIAL DEVELOPMENT, CO.**,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CV-7001705-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

In this accelerated appeal, Appellant's brief is due to be filed with this court on December 15, 2015. On November 30, 2015, Appellant filed an unopposed first motion for a thirty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief is due on January 14, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court